IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES BERNARD, | ) | |
| # 14162-035 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-190-WKW |
| | ) | [WO] |
| WALTER WOODS, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On April 24, 2018, the Magistrate Judge entered a Recommendation (Doc. # 6) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, and in light of Plaintiff's failure to comply with court orders, it is ORDERED that the Recommendation (Doc. # 6) is ADOPTED and that this case is DISMISSED without prejudice for failure to file necessary financial information as ordered by this court.

A final judgment separate will be entered separately.

DONE this 30th day of May, 2018.

                                                 /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE